```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ARCHIE E. HORTON,            )
                             )
            Plaintiff,       )
                             )
    v.                       )    No. 4:05 CV 65 DDN
                             )
HUSSMANN CORPORATION and     )
ASET CORPORATION,            )
                             )
            Defendants.      )

## ORDER

Following the hearing held on August 13, 2007,

**IT IS HEREBY ORDERED** that the motion of plaintiff to compel discovery by defendant Aset Corporation (Doc. 58) is sustained in that within 14 days defendant Aset Corporation shall produce to plaintiff:

a) the documents described in plaintiff's Requests for Production 5 and 6, while redacting from said materials all personal identifying information, such as social security numbers, credit card numbers, addresses and telephone numbers, and the names of the companies who have contracted with Aset Corporation for the services of the subject individuals. Plaintiff and defendant Aset Corporation shall confer on the manner in which said materials are produced to plaintiff.

b) the documents described in plaintiff's Request for Production 7, regarding claims made or filed regarding racial discrimination or the making of false reports, during and after the calendar year 2000; and

c) the documents described in plaintiff's Request for Production 8, which defendant has agreed to produce voluntarily.

**IT IS FURTHER ORDERED** that, subject to further order, the aforesaid production of materials shall be made to plaintiff for the eyes of plaintiff's counsel only, and shall be subject to any other protective conditions agreed upon by plaintiff and defendant Aset Corporation.

**IT IS FURTHER ORDERED** that in all other respects the motion to compel is denied.

                              /S/ David D. Noce
                         **UNITED STATES MAGISTRATE JUDGE**


Signed on August 15, 2007.