```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION

ARCHIE E. HORTON,                 )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    No. 4:05 CV 65 DDN
                                  )
HUSSMANN CORPORATION and          )
ASET CORPORATION,                 )
                                  )
          Defendants.             )
```

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the motion of plaintiff for payment of expenses totaling $867.85 from the court's Attorney Admission Fee Non-Appropriated Fund (Doc. 93) is granted in the amount of $854.85, and otherwise denied.

Disbursement of funds from the Eastern District's Attorney Admission Fee Non-Appropriated Fund are governed by Local Rules 12.03 and 12.06, and the Administrative Order of November 1, 2006, and 28 U.S.C. § 1915(e).

The components of the claim for payment are $239.85 for the preparation of a deposition transcript and the costs of a mediator. The cost of one copy of a deposition is an expense covered by the Fund. The cost of actual out-of-pocket expenses incurred for photocopying services and telegrams necessary for the preparation of a case may also be reimbursed from the Fund. The expenses of a neutral are also covered by the fund. However, regarding the mediator's charge, "[o]nly the neutral's fee for conducting the mediation or evaluation is reimbursable. The neutral shall not claim reimbursement for any expenses incurred during the appointment." <u>Regulations Governing the Disbursement of Funds from the Non-Appropriated Fund for Neutral Fees Incurred by a Neutral Appointed to Serve Pro Bono Pursuant to Local Rule 16-603(c)(2)</u>. The $13 cost for lunch, assessed by the mediator, will therefore be

subtracted from the amount requested.  Payment shall be made in the amount $854.85.

          /s/    David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 24, 2007.